**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Wayne Urso

    v.                                Civil No. 06-cv-346-JM

Prudential Insurance
Company of America

**O R D E R**

The hearing on damages and pre-judgment interest scheduled for February 4, 2008 is continued to a date after defendant responds to the Plaintiff's Motion for Attorney's Fees filed January 30, 2008. Damages, pre-judgment interest and attorney's fees will be considered at the same hearing.

    **SO ORDERED.**

                                    _____
                                    James R. Muirhead
                                    United States Magistrate Judge

Date: January 31, 2008

cc:  Robert A. Shaines, Esq.
     William T. Bogaert, Esq.
     Christopher P. Flanagan, Esq.