**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Wayne R. Urso

    v.                                                     Civil No. 06-cv-346-JM

Prudential Insurance Co.
of America, Inc.

**O R D E R**

    Before the court is plaintiff Wayne R. Urso's Memorandum in Support of his Motion for Damages (document no. 33), with newly calculated Exhibits 1 and 2, filed in response to my order of April 24, 2008 (document no. 32). Plaintiff seeks interest at the state rate, based on N.H. Rev. Statutes Ann. ("RSA") 336:1, II (Supp. 2007), which is consistent with the United States District Court for the District of New Hampshire's guide for the calculation of prejudgment interest. See http://www.nhd.uscourts.gov/ci/financial/pre-judgment-interest-rates. Defendant does not object. Accordingly, plaintiff's Memorandum calculating the

damage award, with interest, is granted as submitted.  Defendant shall pay plaintiff $193,096.82.

    **SO ORDERED.**

                              _____
                              James R. Muirhead
                              United States Magistrate Judge

Date:    June 17, 2008

cc:     Robert A. Shaines, Esq.
        William T. Bogaert, Esq.
        Christopher P. Flanagan, Esq.