UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Wayne R. Urso</u>

    v.                                      Civil No. 06-cv-346-JM

<u>Prudential Insurance Company of America</u>


**J U D G M E N T**


In accordance with the court's order dated January 9, 2008, signed by Magistrate Judge James R. Muirhead, granting Plaintiff's Motion for Judgment on the Administrative Record and denying Defendant's Motion for Judgment; the court's order dated April 24, 2008, signed by Magistrate Judge James R. Muirhead, granting Plaintiff's Motion for Attorney's Fees and Plaintiff's Motion for Damages, Interest and Costs; and the court's order dated June 17, 2008, signed by Magistrate Judge James R. Muirhead, granting Plaintiff's Response re: Calculation of Damages, judgment is hereby entered.

                                                        By the Court,

                                                        /s/  James R. Starr

                                                        James R. Starr, Clerk

June 18, 2008

cc:    Robert A. Shaines, Esq.
        William T. Bogaert, Esq.
        Christopher P. Flanagan, Esq.